UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00107-LKK |
| --- | --- |
| Plaintiff, | No. 06-cr-00312-LKK |
| | **ORDER** |
| vs. | |
| KULWANT SINGH GILL, | |
| Defendant | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the conditions of pre-trial release be amended to eliminate the condition of electronic monitoring for Mr. Gill and, specifically, that the conditions of release be modified to strike conditions #8, 9 and 10.

Date: November 17, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT