```
BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-06-312 LKK |
| Plaintiff, | ) | S-08-107 LKK |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| KULWANT SINGH GILL, | ) | CONTINUING THE JUDGMENT AND |
| | ) | SENTENCING |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

The parties hereby stipulate and request that the sentencing hearing currently scheduled for January 24, 2012 be continued to February 14, 2012. Additional information has come to light that may affect sentencing, and the parties need additional time to provide this information to the Probation Office for a possible addendum to the presentence report. The parties anticipate that this issue will be resolved before that date so that sentencing can occur on February 14, 2012.

Because the presentence report is otherwise final, and the parties anticipate only a brief addendum, they hereby waive the

need for any further formal disclosure schedule.  Informal objections have been filed to the presentence report, and the parties do not anticipate the need to object to the addendum. Accordingly, they agree to comply with the Local Rules governing formal objections and they anticipate filing their sentencing memoranda in accord with the Court's normal schedule.

Dated:  January 12, 2012         Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Michele Beckwith*
                            By:  Michele Beckwith
                                 Assistant U.S. Attorney

Dated: January 12, 2012

                                 */s/ Martin Antonio Sabelli*
                                 MARTIN ANTONIO SABELLI
                                 Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the sentencing hearing currently scheduled for January 24, 2012 be continued to February 14, 2012, at 9:15 a.m.

Dated: January 18, 2012

                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

2